726

**Duane F. SPARKS et al., Appellants, v. Mc-NEIL CONSTRUCTION CO., a Corporation, Appellee.**

No. 11333.

Circuit Court of Appeals, Ninth Circuit.

May 24, 1946.

Benjamin D. Brown, of Los Angeles, Cal., for appellants.

Charles H. Carr, U. S. Atty., and Ronald Walker and Robert E. Wright, Asst. U. S. Atty., all of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, for dismissal of appeal herein, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly and that the mandate of this court issue forthwith.

**E. O. TARVER, Appellant, v. UNITED STATES of America, Appellee.**

No. 11335.

Circuit Court of Appeals, Ninth Circuit.

May 28, 1946.

Cannon & Callister, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter, Ernest A. Tolin, and Arthur Livingston, Asst. U. S. Atty., all of Los Angeles, Cal., for appellee.

Before DENMAN, BONE, and ORR, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**UNITED FUNDS MANAGEMENT CORPORATION, a Bankrupt, Appellant, v. Charles L. AYLWARD, Trustee in Bankruptcy for United Funds Management Corporation.**

No. 13338.

Circuit Court of Appeals, Eighth Circuit.

May 29, 1946.

Cornelius Roach and D. L. Brenner, both of Kansas City, Mo., for appellant.

J. L. Milligan and John C. Grover, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 53 F.Supp. 467, dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant.